

# MILITZOK LAW, P.A.

Brian J. Militzok*
*Admitted in FL, NY, and CT

October 14, 2016

Jorge Ruiz
2856 W. 75th Street,
Hialeah, Florida 33018

RE:  Assignment of Attorney's Fees and Retainer Agreement
     For Ruiz and Soto and The Connection Motors, Inc.

Dear Client:

Welcome to Militzok Law, P.A.  By signing this letter, you agree that you have retained Militzok Law, P.A. ("the Firm") as your attorney to litigate claims arising under federal and/or state contract and/or employment laws resulting from your employment or work.

It is our understanding that your current or former employer violated federal and/or state contract and/or employment laws.  However, since every case and every Judge or Arbitrator is different, there is no guaranty that you will be awarded money or a successful outcome in any given case.

**This is a hybrid contingency fee Agreement:**

1. <u>If we are not successful in obtaining a result in your favor you will not be indebted to the Firm for the service and will not be required to reimburse the Firm for any costs or expenses incurred with your case.</u> The hourly rate (for court purposes only) for this representation is $300.00 per hour.

2. If the Firm is successful, you agree that the Firm will be compensated by any and all costs and attorneys' fees awarded by the Court or Arbitrator or received by the Firm in connection with or arising out of any settlement whether pre-litigation or otherwise.  By signing this Agreement, you agree to **assign all of your rights, title and interest to any and all attorney's fees and costs awarded to the Plaintiff(s) in this case, to your attorney, Militzok Law, P.A.  By signing this Agreement you waive any claim to any attorney's fees award the Court may grant in this matter, which may include costs, interest and reasonable attorneys' fees.**  The Firm shall be entitled to receive its costs and attorneys' fees regardless of whether the case goes to trial or settled prior to trial or at any point prior to or during the litigation.

---

3. In claims arising under the Fair Labor Standards Act, attorney's fees and costs, for a prevailing client, shall be paid by the Defendant(s), based upon the actual accrued billing by the Firm at the date of settlement, or forty percent (40%) of the total amount recovered on my behalf (including any court awarded or negotiated attorneys' fee), whichever shall be the greater amount (hereinafter the "Fee"), regardless if litigation is commenced by the Firm or not. In addition to the legal fees, the Firm is entitled to receive all court costs and expenses incurred in reference to this matter. Any and all such expenses incurred on behalf of the client(s) shall be deducted from client(s)' net proceeds of recovery, after deducting the attorneys' fees from the gross recovery. The Fee shall be immediately earned by the Firm regardless of whether or not suit is filed on your behalf in this matter. By signing this Agreement, you agree to **assign all of your rights, title and interest to any and all attorney's fees and costs awarded to the Defendant(s) in this case, to your attorney, Militzok Law, P.A.** By signing this Agreement you waive any claim to any attorney's fees award the Court may grant in this matter, which may include costs, interest and reasonable attorneys' fees.

4. Should you decide to terminate this representation and retain another law firm for any reason, the Firm shall receive a reasonable percentage of the other firm's percentage of the proceeds recovered by said firm proportionate to the amount of work done by our Firm on your matter.

5. Depending on the strength of any given claim, it is solely within the discretion of Militzok Law, P.A., to file suit. In some cases, Militzok Law, P.A. may elect to not file a civil action and attempt to resolve this matter without litigation. Regardless of whether Militzok Law, P.A. decides to file suit or not, we will promptly keep you informed of all developments in your case.

6. The scope of this representation shall not extend to collection or appellate matters. Accordingly, once Militzok Law, P.A. receives a final judgment with regard to your claims, whether favorable or not, Militzok Law, P.A.'s representation regarding your claims shall terminate, unless otherwise agreed in a signed writing.

7. In the event the court awards Militzok Law, P.A. attorneys' fees or costs due to discovery abuses by the Defendant or Defendant's counsel, Militzok Law, P.A. may retain those attorneys' fees and/or costs from the defense and they will not be part of this agreement for a set-off from any attorneys' fees ultimately recovered.

8. The costs of investigation of your claims, expert witness fees, court costs, and other related litigation costs my attorneys incur shall be paid for or charged against any recovery by the client. The costs that shall be charged against the recovery shall be in addition to the attorneys' fees outlined above.

9. Upon investigation of my claims, Militzok Law, P.A. shall be entitled to withdraw from representation under this agreement at any time.

10. I agree that, if I decide to terminate this agreement, discharge my counsel and/or choose to no longer pursue my claim, I shall be responsible to Militzok Law, P.A. for the reasonable value of services performed to date, or the appropriate percentage of the last settlement offer, whichever is greater, plus those actual costs incurred by Militzok Law, P.A.

11. I agree that I may contacted by the Firm in any manner necessary, including by telephone, e-mail, facsimile, text message, or otherwise.

Costs include, but are not limited to, costs of filing papers, court fees, process servers, witness fees, court reporters, expert witnesses (including accountants, appraisers, actuaries, physicians, psychologists, psychiatrists, investigators, economists, other attorneys and other experts which the firm deems are necessary to assist in the preparation and trial or for the proper handling of the case) long-distance telephone calls, travel expenses, parking, and photocopies and faxes (sent or received) (billed at 10 cents per copy) normally made by me or requested by you. You appoint the Firm as your agent to hire expert witnesses, if necessary.

**This contract may be cancelled by written notification to the attorney at any time within 3 business days of the date the contract was signed, as shown below, and if cancelled the client shall not be obligated to pay any fees to the attorney for the work performed during that time. If the attorney has advanced funds to others in representation of the client, the attorney is entitled to be reimbursed for such amounts as the attorney has reasonably advanced on behalf of the client.**

The provisions of this Agreement, at the Firm's discretion, may be disclosed to the Court in connection with any application by the Firm for fees for services that may be rendered on your behalf, and the Firm shall have the right to advise the Court of any amounts received on account as and for fees and any security that you have given to the Firm to secure the fees.

You understand that your attorney is an officer of the Court and is bound by rules regulating the Florida Bar. You acknowledge that while the Firm accepts employment and shall render professional legal services to the best of its ability during such employment, the Firm has made no guarantees in the disposition of any phase of the matter or matters for which the Firm has been retained, as all expressions relative to it are only opinions. You agree to fully cooperate and that you will do nothing that would compromise my professional ethics and you will not request or require the Firm to do anything in violation of the Code of Professional Responsibility.

Finally, you understand that you must keep the Firm informed immediately of any change of address, phone number, employment and circumstances. You understand that full disclosure of all facts is essential to enable the Firm to property represent you. You will promptly fill out and return all papers sent to you, such as interrogatories and requests for production, and will provide all documentation required or requested by the Firm, mandatory disclosure or request for documents, etc. If you fail to do so, you agree that the Firm shall have the right to withdraw from the representation of you.

I look forward to working with you on this matter. I appreciate your confidence in my abilities to accomplish your desired result in this matter. Kindly indicate your understanding and acceptance of the above terms by signing this letter below where indicated and return it to my office

Furthermore, the undersigned clients agree to assign all of your rights, title and interest to any and all attorney's fees and costs awarded to the Defendant(s) in this case, to your attorney, Militzok Law, P.A. By signing this Agreement you waive any claim to any attorney's fees award the Court may grant in this matter which may include costs, interest and reasonable attorneys' fees

I have read and understand the above letter, have received a copy, and accept all of its terms:

_____  12/14/2016
Client Signature                  Dated



# MILITZOK LAW, P.A.

Brian J. Militzok*
*Admitted in FL, NY, and CT

October 14, 2016

Daniel Soto
10637 HAMMOCKS BLVD
APT. 937
MIAMI, FLORIDA 33196

RE:   Assignment of Attorney's Fees and Retainer Agreement
      For Ruiz and Soto v. The Connection Motors, Inc.

Dear Client:

Welcome to Militzok Law, P.A.  By signing this letter, you agree that you have retained Militzok Law, P.A. ("the Firm") as your attorney to litigate claims arising under federal and/or state contract and/or employment laws resulting from your employment or work.

It is our understanding that your current or former employer violated federal and/or state contract and/or employment laws.  However, since every case and every Judge or Arbitrator is different, there is no guaranty that you will be awarded money or a successful outcome in any given case.

**This is a hybrid contingency fee Agreement:**

1. <u>If we are not successful in obtaining a result in your favor you will not be indebted to the Firm for the service and will not be required to reimburse the Firm for any costs or expenses incurred with your case</u>.  The hourly rate (for court purposes only) for this representation is $300.00 per hour.

2. If the Firm is successful, you agree that the Firm will be compensated by any and all costs and attorneys' fees awarded by the Court or Arbitrator or received by the Firm in connection with or arising out of any settlement whether pre-litigation or otherwise.  By signing this Agreement, you agree to **assign all of your rights, title and interest to any and all attorney's fees and costs awarded to the Plaintiff(s) in this case, to your attorney, Militzok Law, P.A.  By signing this Agreement you waive any claim to any attorney's fees award the Court may grant in this matter, which may include costs, interest and reasonable**

---

**attorneys' fees.** The Firm shall be entitled to receive its costs and attorneys' fees regardless of whether the case goes to trial or settled prior to trial or at any point prior to or during the litigation.

3. In claims arising under the Fair Labor Standards Act, attorney's fees and costs, for a prevailing client, shall be paid by the Defendant(s), based upon the actual accrued billing by the Firm at the date of settlement, or forty percent (40%) of the total amount recovered on my behalf (including any court awarded or negotiated attorneys' fee), whichever shall be the greater amount (hereinafter the "Fee"), regardless if litigation is commenced by the Firm or not. In addition to the legal fees, the Firm is entitled to receive all court costs and expenses incurred in reference to this matter. Any and all such expenses incurred on behalf of the client(s) shall be deducted from client(s)' net proceeds of recovery, after deducting the attorneys' fees from the gross recovery. The Fee shall be immediately earned by the Firm regardless of whether or not suit is filed on your behalf in this matter. By signing this Agreement, you agree to **assign all of your rights, title and interest to any and all attorney's fees and costs awarded to the Defendant(s) in this case, to your attorney, Militzok Law, P.A. By signing this Agreement you waive any claim to any attorney's fees award the Court may grant in this matter, which may include costs, interest and reasonable attorneys' fees.**

4. Should you decide to terminate this representation and retain another law firm for any reason, the Firm shall receive a reasonable percentage of the other firm's percentage of the proceeds recovered by said firm proportionate to the amount of work done by our Firm on your matter.

5. Depending on the strength of any given claim, it is solely within the discretion of Militzok Law, P.A., to file suit. In some cases, Militzok Law, P.A. may elect to not file a civil action and attempt to resolve this matter without litigation. Regardless of whether Militzok Law, P.A. decides to file suit or not, we will promptly keep you informed of all developments in your case.

6. The scope of this representation shall not extend to collection or appellate matters. Accordingly, once Militzok Law, P.A. receives a final judgment with regard to your claims, whether favorable or not, Militzok Law, P.A.'s representation regarding your claims shall terminate, unless otherwise agreed in a signed writing.

7. In the event the court awards Militzok Law, P.A. attorneys' fees or costs due to discovery abuses by the Defendant or Defendant's counsel, Militzok Law, P.A. may retain those attorneys' fees and/or costs from the defense and they will not be part of this agreement for a set-off from any attorneys' fees ultimately recovered.

8. The costs of investigation of your claims, expert witness fees, court costs, and other related litigation costs my attorneys incur shall be paid for or charged against any recovery by the client. The costs that shall be charged against the recovery shall be in addition to the attorneys' fees outlined above.

9. Upon investigation of my claims, Militzok Law, P.A. shall be entitled to withdraw from representation under this agreement at any time.

10. I agree that, if I decide to terminate this agreement, discharge my counsel and/or choose to no longer pursue my claim, I shall be responsible to Militzok Law, P.A. for the reasonable value of services performed to date, or the appropriate percentage of the last settlement offer, whichever is greater, plus those actual costs incurred by Militzok Law, P.A.

11. I agree that I may contacted by the Firm in any manner necessary, including by telephone, e-mail, facsimile, text message, or otherwise.

Costs include, but are not limited to, costs of filing papers, court fees, process servers, witness fees, court reporters, expert witnesses (including accountants, appraisers, actuaries, physicians, psychologists, psychiatrists, investigators, economists, other attorneys and other experts which the firm deems are necessary to assist in the preparation and trial or for the proper handling of the case) long-distance telephone calls, travel expenses, parking, and photocopies and faxes (sent or received) (billed at 10 cents per copy) normally made by me or requested by you. You appoint the Firm as your agent to hire expert witnesses, if necessary.

**This contract may be cancelled by written notification to the attorney at any time within 3 business days of the date the contract was signed, as shown below, and if cancelled the client shall not be obligated to pay any fees to the attorney for the work performed during that time. If the attorney has advanced funds to others in representation of the client, the attorney is entitled to be reimbursed for such amounts as the attorney has reasonably advanced on behalf of the client.**

The provisions of this Agreement, at the Firm's discretion, may be disclosed to the Court in connection with any application by the Firm for fees for services that may be rendered on your behalf, and the Firm shall have the right to advise the Court of any amounts received on account as and for fees and any security that you have given to the Firm to secure the fees.

You understand that your attorney is an officer of the Court and is bound by rules regulating the Florida Bar. You acknowledge that while the Firm accepts employment and shall render professional legal services to the best of its ability during such employment, the Firm has made no guarantees in the disposition of any phase of the matter or matters for which the Firm has been retained, as all expressions relative to it are only opinions. You agree to fully cooperate and that you will do nothing that would compromise my professional ethics and you will not request or require the Firm to do anything in violation of the Code of Professional Responsibility.

Finally, you understand that you must keep the Firm informed immediately of any change of address, phone number, employment and circumstances. You understand that full disclosure of all facts is essential to enable the Firm to property represent you. You will promptly fill out and return all papers sent to you, such as interrogatories and requests for production, and will provide all documentation required or requested by the Firm, mandatory disclosure or request for documents, etc. If you fail to do so, you agree that the Firm shall have the right to withdraw from the representation of you.

---

I look forward to working with you on this matter. I appreciate your confidence in my abilities to accomplish your desired result in this matter. Kindly indicate your understanding and acceptance of the above terms by signing this letter below where indicated and return it to my office

Furthermore, the undersigned clients agree to **assign all of your rights, title and interest to any and all attorney's fees and costs awarded to the Defendant(s) in this case, to your attorney, Militzok Law, P.A. By signing this Agreement you waive any claim to any attorney's fees award the Court may grant in this matter which may include costs, interest and reasonable attorneys' fees**

I have read and understand the above letter, have received a copy, and accept all of its terms:

_Daniel [signature]_      _10/14/16_
Client Signature      Dated

4600 SHERIDAN STREET, SUITE 402, HOLLYWOOD, FLORIDA 33021
TELEPHONE: (954) 780-8228 | FACSIMILE: (954) 719-4016 | BJM@MILITZOKLAW.COM | WWW.MILITZOKLAW.COM