EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-25274-JEM

**JORGE RUIZ** and **DANIEL SOTO,**

 Plaintiffs,

v.

**THE CONNECTION MOTORS, INC.,** a Florida corporation**,** and
**ANTONIO MELERO,** individually**,**

 Defendants.

**PLAINITFFS' FEE LEDGER**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 10/11/16 | Received/reviewed correspondence from client re: wage lawsuit | 0.1 |
| 10/14/16 | Initial meeting with clients regarding employment with Defendants, hours worked, job duties and responsibilities, and amounts paid; scanned payroll and employment documents. | 2.2 |
| 10/21/16 | Received/reviewed email re: status | 0.1 |
| 10/31/16 | Received/reviewed email re: status | 0.1 |
| 11/1/16 | Received/reviewed email re: status | 0.1 |
| 11/5/16 | Received/reviewed email re: terminated from job and last paycheck | 0.1 |
| 11/6/16 | Received/reviewed email re: final payment received | 0.1 |
| 11/10/16 | Received/reviewed email re: final paycheck and forwarding time card for final week | 0.1 |
| 11/10/16 | Drafted/sent email to client re: final paycheck accuracy | 0.1 |
| 11/10/16 | Received/reviewed email re: final payment received | |
| 11/28/16 | Received/reviewed email re: status | 0.1 |
| 12/20/16 | Corporate search of corporate Defendant on Florida Department of Corporations website; PACER search regarding Defendant's prior federal complaints, Lexis Nexis location search. | 1.2 |
| 12/20/16 | Draft Complaint, Summons and Civil Cover Sheet and filed same | 2.0 |
| 12/20/16 | E-mailed Complaint to Plaintiffs for review | 0.2 |
| 12/20/16 | Received and reviewed Judge Assignment [DE 2] | 0.1 |

| | | |
|---|---|---|
| 12/20/16 | Received and reviewed Clerks Notice of Magistrate availability [DE 3] | |
| 12/21/16 | Received, reviewed and filed Summons issued to Defendants [DE 4] | 0.1 |
| 12/21/16 | t/c with client Ruiz re: filing of statement of claim | 0.3 |
| 12/21/16 | t/c with client Soto re: filing of statement of claim | 0.2 |
| 12/21/16 | Reviewed client payroll and employment documents in anticipation of filing statement of claim | 1.2 |
| 12/21/16 | Drafted and filed Statement of Claim [DE 5] | 1.2 |
| 12/22/16 | Received and reviewed Order [DE 6] and calendared dates | 0.3 |
| 12/22/16 | Received and reviewed Notice of Court Practice in FLSA Cases, referring case for Settlement Conference [DE 7] | |
| 1/10/17 | Received/reviewed client email re: status of service | 0.1 |
| 1/10/17 | Drafted/sent email to client re: status of service | 0.1 |
| 1/17/17 | t/c with o/c re: acceptance of service | 0.3 |
| 1/17/17 | Drafted/sent email to o/c attaching statement of claim and waiver or service | 0.2 |
| 1/20/17 | Filed Waiver of Service [DE 8] | 0.2 |
| 1/30/17 | Received/reviewed client email re status and no W-2 forwarded | 0.1 |
| 1/30/17 | Drafted/sent email to o/c re: client W-2 | 0.1 |
| 1/31/17 | Drafted and filed Amended Complaint [DE 11] | 0.4 |
| 1/31/17 | Drafted and filed Amended Statement of Claim [DE 12] | 0.3 |
| 1/31/17 | Drafted/sent email to o/c attaching amended complaint and statement of claim | 0.2 |
| 1/31/17 | Received/reviewed client W-2 and forwarded to client | 0.1 |
| 1/31/17 | t/c with o/c re: case and alleged harassment between parties | 0.4 |
| 1/31/17 | Drafted/sent email to clients re: witness list | 0.1 |
| 2/3/17 | Received and reviewed Notice of attorney appearance [DE 13] | 0.1 |
| 2/15/17 | Received and reviewed Response to Statement of Claim [DE 14] | 0.4 |
| 2/17/17 | Received/reviewed documents from Defendants and Response to Statement of Claim and forwarded same to clients for review | 1.3 |
| 2/17/17 | Drafted and filed Certificate of Interested Parties [DE 15] | 0.5 |
| 2/17/17 | Reviewed client docs, Defendants' docs, and created an excel spreadsheet of week by week wages owed to clients and forwarded same to clients for review | 2.8 |
| 2/17/17 | Drafted/sent to o/c proposed scheduling report and scheduling order for review and revisions | 1.3 |
| 2/17/17 | Filled out and sent to o/c an election to jurisdiction form | 0.2 |
| 2/20/17 | Received/reviewed email from o/c re: revision to proposed JSR | 0.2 |
| 2/21/17 | Received/reviewed email from client re: spreadsheet of damages created | 0.1 |
| 2/21/17 | Filed Notice of Filing Election to Magistrate Jurisdiction [DE 16] | 0.1 |
| 2/21/17 | Filed Joint Scheduling Report and Proposed Order [DE 17] | 0.1 |
| 2/21/17 | Drafted and filed Second Amended Statement of Claim [DE 18] | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 2.21/17 | Received and reviewed Notice of Consent [DE 19] | 0.0 |
| 2/22/17 | Received and reviewed Clerk's notice of wrong event selected [DE 20] | 0.0 |
| 2/22/17 | Received and reviewed Order setting scheduling conference [DE 21] and calendared same | 0.1 |
| 2/22/17 | Received/reviewed client email re: defendant trying to take client's car | 0.1 |
| 2/22/17 | t/c with client re: vehicle purchased at defendants | 0.5 |
| 2/22/17 | Email thread with client re: vehicle | 0.5 |
| 2/22/17 | Email thread with o/c re: Soto vehicle | 0.3 |
| 2/24/17 | Email thread with clients with settlement conference information and instruction | 0.4 |
| 2/24/17 | Email thread with client Soto re: vehicle | 0.3 |
| 2/24/17 | Drafted/served Rule 26(a) Initial Disclosures on Defendants | 1.0 |
| 2/24/17 | Drafted/served first set of discovery on Defendants | 2.0 |
| 2/24/17 | Drafted/sent email to o/c requesting deposition dates and attaching corporate rep topics | 0.3 |
| 2/27/17 | Email thread with client re: vehicle | 0.3 |
| 2/27/17 | Email thread with o/c re: Soto vehicle | 0.4 |
| 2/28/17 | Received/reviewed email from o/c re: deposition dates | 0.1 |
| 2/28/17 | Drafted/sent response email to o/c re: deposition dates | 0.1 |
| 3/2/17 | t/c with potential witness Robert Harnouse | 0.3 |
| 3/2/17 | Drafted/sent proposed affidavit for Harnouse | 0.8 |
| 3/2/17 | Email thread with o/c to o/c re: deposition dates | 0.6 |
| 3/2/17 | Drafted/sent to o/c notices of taking depositions | 0.5 |
| 3/3/17 | Drafted/sent email to o/c with counter-offer | 0.2 |
| 3/6/17 | Drafted/sent email to client re: status of affidavit | 0.1 |
| 3/7/17 | Received and reviewed Scheduling Order and calendared all dates [DE 22] | 0.5 |
| 3/8/17 | Drafted/sent email to client re: status of affidavit | 0.1 |
| 3/8/17 | Drafted/sent email to clients forwarding o/c email with offer and explanation for same | 0.1 |
| 3/8/17 | Received/reviewed email response to counter-offer | 0.2 |
| 3/8/17 | Email thread with client in response to offer of settlement re: instruction to clock out early | 0.4 |
| 3/9/17 | Received and reviewed Defendants' Initial Disclosures [DE 23] | 0.2 |
| 3/9/17 | Drafted/sent email to clients re: findings of spreadsheet and proposed counter offers | 0.2 |
| 3/8/17 | Email thread with client authorizing settlement at the spreadsheet amount and witnesses | 0.6 |
| 3/10/17 | Drafted/sent email to clients forwarding notice of taking depositions and calendared same | 0.2 |
| 3/10/17 | Received/reviewed email from client acknowledging receipt and attendance at deposition | 0.1 |
| 3/10/17 | Drafted/sent email response to counter-offer and provided plfs' counter | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 3/13/17 | Reviewed court order, reviewed file, and drafted/filed via email a confidential settlement statement | 0.9 |
| 3/14/17 | Email thread with client re: hours worked, attached/discussed time records, etc. | 0.4 |
| 3/16/17 | Received and reviewed Defendants' Certificate of Interested Parties [DE 24] | 0.1 |
| 3/16/17 | Received and reviewed Defendants' Answer and Affirmative Defenses [DE 25] | 0.5 |
| 3/16/17 | Drafted/sent email to clients re-attaching proposed witness affidavit | 0.1 |
| 3/16/17 | Email thread with clients re: reminder on settlement conference tomorrow and last minute instructions, strategy and expectations | 0.3 |
| 3/17/17 | Received and reviewed paperless minute entry re: settlement conf [DE 26] | 0.1 |
| 3/17/17 | Received and reviewed Order [DE 27] | 0.2 |
| 3/17/17 | Travelled to/from settlement conference.  Client did not show. | 1.5 |
| 3/19/17 | Drafted/sent email to clients re: court order of fees | 0.1 |
| 3/20/17 | Received and reviewed Order referring case for status conf [DE 28] | 0.1 |
| 3/20/17 | Email thread with clients re: rescheduling settlement conference, about Soto Vehicle, witnesses, etc. | 0.5 |
| 3/22/17 | Email thread with clients re: new witness Edgar, and Soto vehicle issues | 0.6 |
| 3/23/17 | Received and reviewed Order re: telephonic conference [DE 29] | 0.2 |
| 3/27/17 | Received/reviewed Defendants' discovery responses | 2.2 |
| 3/27/17 | Received and reviewed Order resetting settlement conference [DE 30] | 0.1 |
| 3/27/17 | Email thread with clients re: proposed witness affidavits, repo man harassing Soto, etc. | 0.6 |
| 3/27/17 | Drafted/sent to clients proposed affidavits for Edgar Gonzalez and Jossue Guerrero | 1.2 |
| 3/29/17 | Received and reviewed Paperless Minute Entry [DE 31] | 0.1 |
| 3/29/17 | Email thread with clients re: witness affidavits | 0.5 |
| 4/4/17 | Drafted/sent email to clients re: reminder on settlement conference, status of witness affidavits, etc. | 0.1 |
| 4/10/17 | Email thread with clients re: settlement conference, settlement and witnesses | 0.6 |
| 4/11/17 | Travelled to/from and attending settlement conference | 5.0 |
| 4/11/17 | Received and reviewed Paperless entry for settlement conference [DE 32] | 0.1 |
| 4/13/17 | Drafted/sent to o/c proposed settlement agreement and joint motion with proposed order of dismissal for review | 2.2 |
| 4/17/17 | Filed Notice and Consent to Magistrate Jurisdiction [DE 33] | 0.1 |
| 4/18/17 | Received and reviewed Order dismissing case [DE 34] | 0.1 |
| 4/18/17 | Email thread with o/c re: soto vehicle arriving and issue with invoice | 0.7 |

| Date | Description | Hours |
|---|---|---|
| 4/19/17 | Received and reviewed Order referring case to Magistrate Judge [DE 35] | 0.1 |
| 4/20/17 | Received and reviewed Order scheduling fairness hearing | 0.1 |
| 4/20/17 | Email thread with clients re: status of vehicle and settlement | 0.4 |
| 4/21/17 | Email thread with o/c re: Soto vehicle | 0.2 |
| 4/26/17 | Email thread with client re: issues with appraisal and work order and settlement | 0.4 |
| 4/27/17 | Email thread with o/c re: settlement of the Soto vehicle issue and received proposal for work | 0.8 |
| 4/27/17 | Revised joint motion to include final breakdown to o/c for review | 0.3 |
| 4/27/17 | Received/reviewed revisions to joint motion from o/c | 0.2 |
| 5/1/17 | Drafted/reviewed Fee Ledger and filed Joint Motion to approve with time records and cost invoices | 0.3 |
| | | |
| TOTAL HOURS | | 53.6 |
| HOURLY RATE | | $300.00 |
| TOTAL ATTORNEY'S FEES | | $16,080.00 |
| COSTS (filing fee $400, $40 service of process) | | $480.00 |
| | | |
| TOTAL FEES AND COSTS | | $16,560.00 |